IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Autoscribe Corporation** § § § | |
| *Plaintiff,* § § | |
| v. § § | Civil Action No. _____ |
| **PAYMENT SAVVY, LLC** § § | **JURY TRIAL DEMANDED** |
| *Defendant.* § § § § | |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Autoscribe Corporation ("Autoscribe" or "Plaintiff") hereby submits this Original Complaint for patent infringement against Defendant PAYMENT SAVVY, LLC ("Payment Savvy" or "Defendant") and alleges, based on its own personal knowledge with respect to its own actions and based upon information and belief with respect to all others' actions, as follows:

**I.   THE PARTIES**

1. Autoscribe is a Corporation organized under the laws of the state of Maryland with its principal place of business at 12276 San Jose Blvd, Suite 624, Jacksonville, FL 32223.

2. Payment Savvy is a Limited Liability Company (LLC) organized under the laws of Texas, with its headquarters at 5760 Legacy Drive, Suite B3, Plano, TX 75024. It can be served through its registered agent: TIBS CASES, LLC, 8150 N. Central Expressway, 10th Floor, Dallas, TX 75206.

**II.   JURISDICTION AND VENUE**

3. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including 35 U.S.C. § 271.

1

4. As discussed in greater detail below, Defendant has committed acts of patent infringement and/or has induced and/or contributed to acts of patent infringement by others in this judicial district, the State of Texas, and elsewhere in the United States, by making, using, offering for sale, selling, or importing various products or services that infringe Autoscribe's Asserted Patent (defined below).

5. As mentioned above, Defendant maintains its headquarters (and only office location) at 5760 Legacy Drive, Suite B3, Plano, TX 75024, which is located in this District.

6. The Court has personal jurisdiction over Defendant, in part, because Defendant has minimum contacts within the State of Texas; Defendant has purposefully availed itself of the privileges of conducting business in the State of Texas; Defendant regularly conducts business within the State of Texas; and Autoscribe's causes of action arise directly from Defendant's business contacts and other activities in the State of Texas, including by virtue of Defendant's infringement in the State of Texas. More specifically, Defendant is subject to the Court's general jurisdiction because it is headquartered in the State of Texas. Further, Defendant is subject to the Court's specific jurisdiction, in part, because Defendant has committed patent infringement and/or has induced and/or contributed to acts of infringement by others in the State of Texas and because Defendant has a place of business in the State of Texas such that assertion of personal jurisdiction is reasonable and fair.

7. Venue is proper in this judicial District under 28 U.S.C. § 1400(b) because Defendant is headquartered in the district, has committed patent infringement and/or has induced and/or contributed to acts of infringement by others in the District and has a regular and established place of business (its headquarters) in the District, as discussed above.

### III. BACKGROUND

8. Fraud in credit card and other financial transactions is a major problem, particularly

in the online marketplace. Considerable resources are devoted to securing credit card and other account information provided to online merchants by payers. A single breach of security incident can compromise millions of credit card accounts, and such breaches are reported on a regular basis. As such, customers' financial data are sensitive in nature and are subject to strict regulations. Companies that fail to adequately protect customers' credit card data may face significant legal and regulatory consequences.

9.  Autoscribe is a leading financial services company and payment processor, currently processing more than $2 billion in transactions annually and servicing thousands of financial institutions and corporate billers across the nation. As part of its mission, Autoscribe has invested significant resources and capital into developing new technologies to facilitate transactions and assist billers in meeting their compliance needs while minimizing costs and complexity.

10. Autoscribe has protected these technologies with a robust and growing patent portfolio.

11. On April 4, 2023, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 11,620,621 ("the '621 Patent" or "the Asserted Patent"), titled "Enrolling a payer by a merchant server operated by or for the benefit of a payee and processing a payment from the payer by a secure server." The Asserted Patent is valid and enforceable.

12. The Asserted Patent is directed to "systems and methods for obtaining and using account information to process financial payments."

13. Autoscribe is the original applicant and the sole and exclusive owner of all rights, title, and interest in the Asserted Patent, including the sole and exclusive right to prosecute this

action, to enforce the Asserted Patent against infringers, to collect damages for past, present and future infringement of the Asserted Patent, and to seek injunctive relief as appropriate under the law.

14. Autoscribe has complied with any marking requirements under 35 U.S.C. § 287 with regard to the Asserted Patent.

15. Defendant is a financial services company providing fully integrated payment processing solutions. It accepts and processes all payment methods, including credit cards, debit cards and ACH payments. It provides services for auto finance, collection agencies, e-commerce, healthcare, law firms, schools and high-risk merchants etc.

16. As discussed in greater detail below, Defendant provides processing solutions, including its "online payment solution," that are covered by the Asserted Patent.

17. Defendant competes directly against Autoscribe, including through its "online payment solution," causing Autoscribe to lose significant profits.

18. Accordingly, Defendant's infringement, as described below, has injured, and continues to injure Autoscribe.

**IV.     COUNT I: INFRINGEMENT OF THE ASSERTED PATENT**

19. Autoscribe incorporates each of the allegations of paragraphs 1–18 above.

20. Defendant has directly infringed and continues to directly infringe the Asserted Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States, without authority, products or services that practice one or more claims of the Asserted Patent.

21. Defendant is not licensed or otherwise authorized to make, use, offer for sale, sell or import any products or services that embody the inventions of the Asserted Patent in the United States.

22. Defendant has and continues to directly infringe one or more claims of the Asserted Patent, including, for example, claim 1, either literally or under the doctrine of equivalents, by performing every step of the claimed method in violation of 35 U.S.C. § 271.

23. Defendant's infringing services include, for example, the services Defendant provides through its "online payment solution," as well as any other similar methods performed by Defendant (collectively, the "Infringing Methods").

24. For example, Representative Claim 1 of the Asserted Patent claims:

A method of processing a payment transaction from a payer to a payee, the method being performed by one or more secure servers, the method comprising:

> providing, by the one or more secure servers to a merchant server providing a webpage to a payer computing system used by the payer, an application programming interface (API) that:
>
> provides financial account registration and token retrieval functions that can be executed to process the payment transaction;
>
> provides access to the financial account registration and token retrieval functions to the merchant server;
>
> receives, from the merchant server via the API, at least one data element associated with the payer and a payment amount from the payer to the payee;
>
> authenticates the payee; and
>
> executes the financial account registration function, upon initiation by the merchant server, by:
>
>> generating a uniform resource locator (URL), for establishing a secure socket layer connection via the internet between the secure server and the payer computing system, the URL comprising either:
>>
>>> a dynamic URL generated by the secure server for the payer and the payee; or a static URL and a hypertext transport protocol (HTTP) parameter used by the secure server to identify the payer and the payee;
>>
>> establishing the secure socket layer connection, in response to an HTTP request received from the merchant server for the generated URL, between the secure server and the payer computing system

5

>>within a window or frame that is displayed within the webpage provided by the merchant server;
>
>>outputting instructions to the payer computing system, in response to the HTTP request for the generated URL, to render a financial account registration request form, within the window or frame that is displayed within the webpage provided by the merchant server, that provides functionality for the payer to provide sensitive financial account information associated with a financial account; and
>
>>outputting instructions to the payer computing system, in response to the HTTP request for the generated URL, to encrypt the sensitive financial account information provided by the payer and transmit the encrypted financial account information to the secure server via the secure socket layer connection;
>
>receiving the sensitive financial account information provided by the payer via the secure socket layer connection;
>
>storing the sensitive financial account information in a secure storage location and performing each software process required to maintain compliance with one or more information security standards;
>
>executing a token retrieval function, upon initiation by the merchant server via the API, by:
>
>>providing a non-sensitive electronic data token representing the sensitive financial account information to the merchant server without providing the sensitive financial account information to the merchant server and without providing the non-sensitive electronic data token to the payer; and
>
>>processing the payment transaction using the sensitive financial account information by generating and transmitting an electronic request requesting the payment amount from the financial account, obtaining the payment amount, and forwarding at least a portion of the payment amount to the payee.

25. Through its "online payment solution," Defendant performs a method of processing a payment transaction from a payer to a payee, the method being performed by one or more secure servers and meeting every element of Claim 1. The figure below is an excerpt from Defendant's

website providing an overview of its "online payment solution":[1]

> **WE SIMPLIFY THE ONLINE PAYMENT PROCESS**
>
> Consumers across industries utilize the internet daily to pay for goods and services. If your business is not currently offering an eCommerce payment option, you are behind the times and losing business unnecessarily. **Payment Savvy's online payment solution** is easy to integrate into your current website, fully customized and allows you to receive payments in real-time.

26. Defendant provides, by the one or more secure servers to a merchant server providing a webpage to a payer computing system used by the payer, an application programming interface (API). This is shown by, *e.g.*, the following excerpts from Defendant's website:[2]

> **TOP NOTCH TECHNOLOGY**
>
> Payment Savvy is always working towards the goal of making business more manageable for our clients. We have researched and developed our cutting edge and reliable product offerings such as Next Day Funding and Fee-Free Processing. Accept payments and access real-time transactional and custom reporting at your convenience on our web-based gateways.
>
> We never provide "out-of-the-box" payment solutions or "standard-issue" pricing. Our knowledgeable team will work one on one with you to fulfill your organizational needs, requirements, and goals. Our **open API platform** will collect payment information through your existing software – Payment Savvy will seamlessly integrate and submit data for instant authorization. Our user-friendly systems are a breeze to bring onboard and will have you retrieving current information effortlessly within minutes of implementation.

27. It provides financial account registration and token retrieval functions that can be executed to process the payment transaction, and it provides access to the financial account

---

[1] https://mypaymentsavvy.com/service/web-payments/ (last visited August 13, 2023).
[2] https://mypaymentsavvy.com/why-payment-savvy/ (last visited August 13, 2023).

registration and token retrieval functions to the merchant server. This is shown by, *e.g.*, Defendant's description of its "online payment solutions":[3]



28.     It receives, from the merchant server via the API, at least one data element associated with the payer and a payment amount from the payer to the payee, and it authenticates the payee. This is shown by, *e.g.*, Defendant's platforms' "seamless[] integrat[ion]" with online

---

[3] https://mypaymentsavvy.com/savvy-ecommerce-payment-solutions/ (last visited August 13, 2023); https://mypaymentsavvy.com/why-payment-savvy/ (last visited August 13, 2023).

shopping carts and payment forms, and the "payment gateway credentials" that Defendant provides:[4]

> **TAILORED PAYMENT ACCEPTANCE**
>
> Whether your customers pay for goods via your online shopping cart or a service via your online payment form, Payment Savvy will provide your business with a web payment platform that seamlessly integrates into your website. We can even create a custom solution so your clientele can quickly sign up for recurring billing should they choose. Our internet platform is accessible, secure and convenient.

29. It authenticates the payee. This is shown by, *e.g.*, the "payment gateway credentials" that Defendant provides:[5]

> Will Payment Savvy integrate with the software system my business currently utilizes?
>
> Our open API proprietary payment platform can fully and seamlessly integrate with your current software. We'll plug your payment gateway credentials into the back end of your software and have you accepting payments within a matter of minutes!

30. It executes the financial account registration function, upon initiation by the merchant server, by (i) generating a uniform resource locator (URL), for establishing a secure socket layer connection via the internet between the secure server and the payer computing system, the URL comprising either: a dynamic URL generated by the secure server for the payer and the payee; or a static URL and a hypertext transport protocol (HTTP) parameter used by the secure

---

[4] https://mypaymentsavvy.com/service/web-payments/ (last visited August 13, 2023).
[5] https://mypaymentsavvy.com/faqs/ (last visited August 13, 2023).

server to identify the payer and the payee; (ii) establishing the secure socket layer connection, in response to an HTTP request received from the merchant server for the generated URL, between the secure server and the payer computing system within a window or frame that is displayed within the webpage provided by the merchant server; (iii) outputting instructions to the payer computing system, in response to the HTTP request for the generated URL, to render a financial account registration request form, within the window or frame that is displayed within the webpage provided by the merchant server, that provides functionality for the payer to provide sensitive financial account information associated with a financial account; and (iv) outputting instructions to the payer computing system, in response to the HTTP request for the generated URL, to encrypt the sensitive financial account information provided by the payer and transmit the encrypted financial account information to the secure server via the secure socket layer connection. This is shown by, *e.g.*, Defendant's description of how, "whether your customers pay . . . via your online shopping cart or . . . your online payment platform," its "online payments solution" can "seamlessly integrate *into your website*" in a secure and convenient manner:[6]

> **TAILORED PAYMENT ACCEPTANCE**
>
> Whether your customers pay for goods via your online shopping cart or a service via your online payment form, Payment Savvy will provide your business with **a web payment platform that seamlessly integrates into your website**. We can even create a custom solution so your clientele can quickly sign up for recurring billing should they choose. Our internet platform is accessible, secure and convenient.

31.     Defendant receives the sensitive financial account information provided by the

---

[6] https://mypaymentsavvy.com/service/web-payments/ (last visited August 13, 2023).

payer via the secure socket layer connection:[7]

> **CUTTING-EDGE SECURITY**
>
> At Payment Savvy, we work hard to provide efficient authorizations and maximize security measures with every payment solution we offer. It is important to us both your customers and your business feels confident with the service we provide. Whether processing thousands of payments daily or just a few trickling payments per week, we guarantee you will receive the foremost security available in the marketplace today.
>
> All of our payment processing is PCI and NACHA compliant. Tokenization and **encryption** are standard with every merchant account. You are in secure hands with Payment Savvy at the helm.

> **SECURE PAYMENT PROCESSING METHODS**
>
> **SECURE SOCKETS LAYER (SSL) ENCRYPTION**
>
> One of the most common methods of securing payment information is **Secure Sockets Layer (SSL) encryption**. SSL certificates create a secure connection between a web server and a web browser. This encrypts sensitive information, such as credit card numbers, so that it can't be read by anyone who doesn't have the key to decrypt it.

32. Defendant stores the sensitive financial account information in a secure storage location and performs each software process required to maintain compliance with one or more

---

[7] https://mypaymentsavvy.com/service/all-in-done-business-solution/ (last visited August 13, 2023); https://mypaymentsavvy.com/secure-payment-processing-101/ (last visited August 13, 2023).

information security standards:[8]

> **STREAMLINED PAYMENT PROCESSING**
>
> Payment Savvy's web payment solution allows our clients start-to-finish payment processing in one clear, easy to understand the system. Experience innovative at its' finest!
>
> With Payment Savvy, your business will receive an all-encompassing payment platform that provides:
>
> - Acceptance of all payment formats – credit card, debit card and ACH
> - One gateway allows for both the authorization and refund of payments
> - Custom branded receipts for your clientele to receive upon payment
> - ==Payments processed instantly on an unrivaled compliant and secure system==

---

[8] https://mypaymentsavvy.com/service/web-payments/ (last visited August 13, 2023); https://mypaymentsavvy.com/faqs/ (last visited August 13, 2023).

### CUTTING-EDGE SECURITY

At Payment Savvy, we work hard to provide efficient authorizations and maximize security measures with every payment solution we offer. It is important to us both your customers and your business feels confident with the service we provide. Whether processing thousands of payments daily or just a few trickling payments per week, we guarantee you will receive the foremost security available in the marketplace today.

==All of our payment processing is PCI and NACHA compliant==. Tokenization and encryption are standard with every merchant account. You are in secure hands with Payment Savvy at the helm.

---

**How does Payment Savvy protect my customer's financial data?**

Payment Savvy's adherence to data security standards is unmatched in the payment processing industry. Our awareness of imperative regulations ensures both your business and your customers' financial information is in capable hands.

**Level 1 PCI Compliant**

Our PCI Compliance is inline with Visa and Mastercard requirements for payment processors transmitting over 6 million credit card transactions per year.

**HIPAA Compliant**

Our procedures and controls are evaluated and tested against the guiding principles established by the U.S. Department of Health and Human Services.

**NACHA Compliant**

Our standards exceed the NACHA Operating Rules for the exchange of ACH Payments.

**SSAE16 Compliant**

Our reporting on compliance controls surpasses regulations created by the ASB of the American Institute of Certified Public Accountants.

33.     Defendant executes a token retrieval function, upon initiation by the merchant

server via the API, by: providing a non-sensitive electronic data token representing the sensitive financial account information to the merchant server without providing the sensitive financial account information to the merchant server and without providing the non-sensitive electronic data token to the payer; and processing the payment transaction using the sensitive financial account information by generating and transmitting an electronic request requesting the payment amount from the financial account, obtaining the payment amount, and forwarding at least a portion of the payment amount to the payee. For example, the "[t]okenization" described in Defendant's documentation shows "a non-sensitive electronic data token," and Defendant's description of its shows that it processes a payment:[9]

> **CUTTING-EDGE SECURITY**
>
> At Payment Savvy, we work hard to provide efficient authorizations and maximize security measures with every payment solution we offer. It is important to us both your customers and your business feels confident with the service we provide. Whether processing thousands of payments daily or just a few trickling payments per week, we guarantee you will receive the foremost security available in the marketplace today.
>
> All of our payment processing is PCI and NACHA compliant. ==Tokenization and encryption are standard with every merchant account. You are in secure hands with Payment Savvy at the helm.==

---

[9] https://mypaymentsavvy.com/service/all-in-done-business-solution/ (last visited August 13, 2023)l; https://mypaymentsavvy.com/service/web-payments/ (last visited August 13, 2023).

> **WE SIMPLIFY THE ONLINE PAYMENT PROCESS**
>
> Consumers across industries utilize the internet daily to pay for goods and services. If your business is not currently offering an eCommerce payment option, you are behind the times and losing business unnecessarily. **Payment Savvy's online payment solution** is easy to integrate into your current website, fully customized and <mark>allows you to receive payments in real-time.</mark>

34.     Defendant had actual knowledge of the Asserted Patent and the infringement of the same no later than the date of this Complaint.

35.     Defendant has and continues to indirectly infringe one or more claims of the Asserted Patent by inducing and/or contributing to direct infringement of the Asserted Patent by customers, importers, sellers, resellers, and users of the Infringing Methods.

36.     Defendant has and continues to induce others to directly infringe, either literally or under the doctrine of equivalents, by, among other things, making, using, offering to sell, selling and/or importing into the United States, without authority, products or services that practice one or more claims of the Asserted Patent.

37.     Defendant induced the infringement by others with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others infringe the Asserted Patent, but while at best, remaining willfully blind to the infringement.

38.     As discussed in Paragraphs 19–32, above, Defendant advertises the Infringing Methods, publishes promotional literature encouraging customers to implement and incorporate the Infringing Methods into end user products, creates and/or distributes documentation for the Infringing Methods that provide instructions and/or encourage infringing use, and offers support and/or technical assistances to its customers that provide instructions on and/or encourage infringing use.

39. Defendant encourages and facilitates its customers to infringe the Asserted Patent by promoting the Infringing Methods, for example, promoting its "online payment solution" and describing how its "online payment solution" is "easy to integrate into your current website."[10] Defendant advertises that "We'll plug your payment gateway credentials into the back end of your software and have you accepting payments within a matter of minutes!"[11]

40. Defendant's customers that incorporate the Infringing Methods into other products and services each directly infringe the Asserted Patent pursuant to Defendant's instructions and advertisements.

41. Additionally, Defendant has and continues to contribute to the direct infringement of others, either literally or under the doctrine of equivalents, by, among other things, offering to sell or selling within the within the United States, components of a patented device or an apparatus for use in practicing the claimed method, constituting a material part of the invention.

42. As discussed above in Paragraphs 19–32 and shown in Defendant's promotional materials, Defendant provides APIs and codes for the Infringing Methods that constitute a component of a patented device or an apparatus for use in practicing the claimed method.[12]

> Will Payment Savvy integrate with the software system my business currently utilizes?
>
> Our open API proprietary payment platform can fully and seamlessly integrate with your current software. We'll plug your payment gateway credentials into the back end of your software and have you accepting payments within a matter of minutes!

43. Defendant does this knowing the same to be especially made or especially adapted

---

[10] https://mypaymentsavvy.com/service/web-payments/ (last visited August 13, 2023).
[11] https://mypaymentsavvy.com/faqs/ (last visited August 13, 2023).
[12] https://mypaymentsavvy.com/faqs/ (last visited August 13, 2023).

for use in an infringement of such patent, and not a staple article or commodity of commerce suitable for substantial noninfringing use.

44. Defendant's customers incorporate the APIs and services into their own products and services that directly infringe the Asserted Patent.

## V. JURY DEMAND

45. Autoscribe hereby demands a trial by jury on all issues so triable.

## VI. PRAYER FOR RELIEF

WHEREFORE, Autoscribe requests entry of judgment in its favor and against Defendant as follows:

a) A declaration that Defendant has directly infringed one or more claims of the Asserted Patent, either literally or under the doctrine of equivalents;

b) A declaration that Defendant has induced and/or contributed to infringement and/or is inducing and/or contributing to infringement of one or more claims of the Asserted Patent, either literally or under the doctrine of equivalents;

c) An award of damages pursuant to 35 U.S.C. § 284 adequate to compensate Autoscribe for Defendant's infringement of the Asserted Patent in an amount according to proof at trial (together with prejudgment and post-judgment interest), but no less than a reasonable royalty;

d) An award of costs and expenses pursuant to 35 U.S.C. § 284 or as otherwise permitted by law; and

e) Such other and further relief, whether legal, equitable, or otherwise, to which Autoscribe may be entitled or which this Court may order.

Dated: August 29, 2023

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
cphillips@azalaw.com
jmcmanis@azalaw.com
cdeng@azalaw.com

Andrea L. Fair
State Bar No.: 24078488
WARD, SMITH, & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400
(903) 757-2323 (fax)
andrea@wsfirm.com

*Attorneys for Autoscribe Corporation*