# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Autoscribe Corporation § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 2:23-cv-00390-JRG |
| § | |
| Payment Savvy, LLC § | JURY TRIAL DEMANDED |
| § | |
| *Defendant.* § | |
| § | |
| § | |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Autoscribe Corporation, by and through its undersigned counsel, certifies that as of this date, Autoscribe Corporation has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

Dated: October 17, 2023

Respectfully submitted,

*/s/ Jason McManis*
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
AHMAD, ZAVITSANOS & MENSING, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com

        Andrea L. Fair
        State Bar No.: 24078488
        WARD, SMITH, & HILL, PLLC
        1507 Bill Owens Parkway
        Longview, Texas 75604
        (903) 757-6400
        (903) 757-2323 (fax)
        andrea@wsfirm.com

***Attorneys for Autoscribe Corporation***

## **CERTIFICATE OF SERVICE**

    I hereby certify that that on October 17, 2023, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF System.

        */s/ Jason McManis*
        Jason McManis