# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION, | § |
| | § CASE NO. 2:23-cv-00390-JRG |
| Plaintiff, | § |
| | § |
| v. | § **JURY TRIAL DEMANDED** |
| | § |
| PAYMENT SAVVY, LLC, | § |
| | § |
| Defendant. | § |
| | § |

## AGREED MOTION TO EXTEND DEADLINES

Plaintiff, Autoscribe Corporation ("Plaintiff") and Defendant Payment Savvy, LLC ("Defendant") file this agreed motion to extend the deadlines for Plaintiff to serve its infringement contentions, and for Defendant to serve its invalidity and subject matter eligibility contentions.

Currently, infringement contentions are due on November 20, 2023, and invalidity and subject matter eligibility contentions are due on January 15, 2024. *See* ECF 11.

Plaintiff asks for a brief extension of the deadline to comply with Local Rule P.R. 3-1 and 3-2 from November 20 to December 11, and in order to accommodate that extension, the parties also request an extension for Defendant of the deadlines to comply with Local Rule P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Invalidity Contentions, from January 15, 2024 to February 5, 2024.

The parties do not anticipate these extensions to affect any expected deadlines in this case, and Defendant agrees to the relief requested in this motion.

Dated: November 15, 2023                                  Respectfully submitted,

<u>/s/ *Jason McManis by permission Andrea L. Fair*</u>
Jason McManis
State Bar No.: 24088032
Colin Phillips
State Bar No.: 24105937
Chun Deng
State Bar No.: 24133178
Angela M. Peterson
State Bar No.: 24137111
Ahmad, Zavitsanos & Mensing, PLLC
1221 McKinney Street, Suite 2500
Houston, Texas 77010
(713) 655-1101
jmcmanis@azalaw.com
cphillips@azalaw.com
cdeng@azalaw.com
apeterson@azalaw.com

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 14th day of November, 2023.

/s/ *Andrea L. Fair*
Andrea L. Fair

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is agreed.

/s/ *Andrea L. Fair*
Andrea L. Fair