IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 2:23-cv-00390-JRG |
| PAYMENT SAVVY, LLC | | |
| Defendant. | | |

### DEFENDANT PAYMENT SAVVY, LLC'S FED.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Payment Savvy, LLC, by and through its undersigned counsel, certifies that as of this date, it has no parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Dated: November 17, 2023                     Respectfully submitted,

*/s/ Mark D. Nielsen*
Mark D. Nielsen
State Bar No. 24062361
Scheef & Stone, LLP
2600 Network Blvd., Suite 400
Frisco, Texas 75034
(214) 472-2100 (Ph)
(214) 472-2150 (Fax)
Mark.Nielsen@solidcounsel.com

COUNSEL FOR DEFENDANT/
COUNTER-CLAIMANT,
PAYMENT SAVVY, LLC

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2023, the foregoing was electronically filed with the Court using the CM/ECF system, which will send a notification of the filing via electronic mail to all counsel of record.

                                                  */s/ Mark D. Nielsen*
                                                  Mark D. Nielsen