# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Autoscribe Corporation | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 2:23-cv-00390-JRG |
| | § | |
| Payment Savvy, LLC | § | |
| | § | |
| Defendant | § | |

## NOTICE OF ATTORNEY APPEARANCE

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Payment Savvy, LLC and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant.

Dated: November 28, 2023                     Respectfully submitted,

_/s/ Michael Smith_
Michael C. Smith
State Bar No. 18650410
Scheef & Stone, LLP
113 E. Austin Street
Marshall, Texas 75670
Office: (903) 938-8900
michael.smith@solidcounsel.com

COUNSEL FOR DEFENDANT,
PAYMENT SAVVY, LLC