IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AUTOSCRIBE CORPORATION, | § |
| *Plaintiff*, | § |
| v. | §  CIVIL CASE NO. 2:23-CV-00390-JRG |
| PAYMENT SAVVY, LLC, | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Motion for Dismissal with Prejudice (the "Motion") filed by Plaintiff Autoscribe Corporation ("Plaintiff") and Defendant Payment Savvy, LLC ("Defendant"). (Dkt. No. 21.) In the Motion, the parties represent that they have resolved all claims in the above-captioned action, and move the Court to dismiss all claims and counterclaims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (*Id.* at 1.)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims and counterclaims asserted by and between the parties in the above-captioned action are hereby **DISMISSED WITH PREJUDICE**. Further, it is **ORDERED** that each party is to bear its own attorneys' fees, costs, and expenses. Any pending requests for relief not expressly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain therein.

**So ORDERED and SIGNED this 29th day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE